# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLYPORTABLES, LLC, | Case No. 1:16-cv-01291-DAD-SKO |
| Plaintiff, | **ORDER REGARDING FILING NOTICE OF WAIVER** |
| v. | |
| ENDUREQUEST CORPORATION, et al., | |
| Defendants. | |

The Court will hold a scheduling conference in this matter on Thursday, December 22, 2016. The Court notes that the parties did not address in their joint scheduling report whether they waive the disqualification of the undersigned to conduct settlement conferences in this matter. *See* Local Rule 270(b). Accordingly, the Court DIRECTS the parties to file the attached notice of waiver, if they so choose, by no later than Wednesday, December 21, 2016.

IT IS SO ORDERED.

Dated: **December 16, 2016**                         /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE