# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLYPORTABLES, LLC, | Case No. 1:16-cv-01291-DAD-SKO |
| Plaintiff, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | **(Doc. 41)** |
| ENDUREQUEST CORPORATION, et al., | |
| Defendants. | |

On July 20, 2017, the parties filed a joint Stipulation re Mutual Dismissal, in which the parties notified the Court that they voluntarily dismiss "both the Complaint and Cross-Complaint . . . with prejudice." (Doc. 41.) This stipulation is signed by all parties who have appeared in this action. (*See id.* at 2.) As such, the parties have voluntarily dismissed this entire matter with prejudice. The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **July 24, 2017**              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE